In the Matter of the Claim of VASILIKI A. AMAXIS et al., Respondents, against N. A. VASSILAROS, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1931; decided December 1, 1931.)

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Joseph A. McLaughlin* of counsel), for respondent.

Order of Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in the Appellate Division and in this court on the authority of *Matter of Cameron* v. *Ellis Const. Co.* (252 N. Y. 394); *Matter of Copeland* v. *Foundation Co.* (256 N. Y. 568); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.